<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor 1     William James Currier

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Southern District of Mississippi

Case number   22-51290-KMS

## Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    Planet Home Lending, LLC      **Court claim no.** (if known):   **14**

**Last 4 digits** of any number you use to identify the debtor's account:    XXXXXX5321

**Date of payment change:**
Must be at least 21 days after the date of this notice    **06/01/2026**

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*    **$888.56**

---

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment :**    $603.60      **New escrow payment:**    $458.14

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____    **New interest rate:** _____

**Current principal and interest payment** _____    **New principal and interest payment:** _____

## Part 3: Annual HELOC Notice

**3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☒ No
☐ Yes.

     **Current HELOC payment:** $ _____

     **Reconciliation amount:** + $ _____ or
                         - $ _____

Debtor 1        William James Currier                    Case Number *(if known)*   22-51290-KMS

---

Amount of next payment (including reconciliation amount):  $ _____

Amount of new payment thereafter (without reconciliation amount):  $ _____

## Part 4:   Other Payment Change

**4.  Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

**Current mortgage payment: $ _____**        **New mortgage payment:  $_____**

## Part 5:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

*/s/ Heather Martin-Herron*                       Date _____5/1/2026_____

Signature

Print:        Joel W. Giddens, Kate Lachowsky-Khan, & Heather Martin-Herron                    Title    Attorneys

Company      Foundation Legal Group, LLP

Address      400 W. Capitol Ave., Ste 1400
             Little Rock, AR 72201

Contact phone    (866) 501-9462        Email    joel.giddens | kate.lachowsky | heather.martin-herron@thefoundationlegalgroup.com

---

Debtor 1      William James Currier                    Case Number *(if known)*   22-51290-KMS

## CERTIFICATE OF SERVICE

On _____May 1, 2026_____, a copy of the foregoing Notice of Payment Change was served electronically through the electronic case filing system (ECF) upon:

Thomas Carl Rollins, Jr.                    Warren A. Cuntz, Jr.
Attorney at Law                             Trustee
PO Box 13767                                P.O. Box 3749
Jackson, MS 39236                           Gulfport, MS 39505-3749

and served via U.S. mail upon:

William James Currier
Debtor
20403 Virgil Jones Rd
Franklinton, LA 70438

                                    */s/ Heather Martin-Herron*
                                    Joel W. Giddens (105450)
                                    Kathryn Lachowsky-Khan (105769)
FLG No. 354346                      Heather Martin-Herron (105772)

Official Form 410S1                 **Notice of Mortgage Payment Change**                    Page 3



**Planet Home Lending**
WE'LL GET YOU HOME

321 Research Parkway, Suite 303
Meriden, CT 06450

**ADDRESS SERVICE REQUESTED**

███████████
WILLIAM CURRIER
20403 VIRGIL JONES RD
FRANKLINTON LA 70438-8445

## ANNUAL ESCROW ACCOUNT
## DISCLOSURE STATEMENT

Analysis Date: 04/06/2026
Loan Number: ███████

Borrower Name: WILLIAM CURRIER

Customer Service: **866-882-8187**
Monday through Friday, 8:30 a.m. to 9:00 p.m. Eastern Time

Visit Our Website at: **www.planethomelending.com**
Email: cs@myloansupport.com

Planet Home Lending, LLC ("Planet") has reviewed your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay items such as property taxes, mortgage insurance and homeowner's insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

### 1. What is the amount of my new monthly payment starting June 01, 2026 ?

| Payment Items | Current Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $430.42 | $430.42 | $0.00 |
| Escrow | $401.29 | $389.34 | -$11.95 |
| Shortage/Surplus | $202.31 | $68.80 | -$133.51 |
| **Total Monthly Payment** | **$1,034.02** | **$888.56** | **-$145.46** |

- **Note:** If you currently use a bill pay service to make your monthly payments, please update the amount scheduled for submission in June to reflect the new payment listed above. If you are currently set up on automatic payments with Planet, your June payment will automatically be adjusted to include the above escrow amount(s).

- *If you have an adjustable rate mortgage the New Payment Amount may not reflect any pending changes to the Principal and Interest portion of your payment.*

* For customers in a Chapter 11 or 13 bankruptcy, this amount may not reflect payments made to the trustee. Please contact your attorney or Trustee if you have any questions.

### 2. What are the most common reasons that my escrow payment may change from year to year?

**A. Increases or Decreases in Amounts Billed** – the amount we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage insurance, and homeowner's insurance premiums. The information below compares the amounts Planet expected to pay for each item this past year from your escrow account to the actual amounts that were paid. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Expected Amounts Due | Actual Amounts Due | Difference |
|---|---|---|---|
| COUNTY | $1,431.68 | $1,499.58 | $67.90 |
| HOMEOWNERS | $3,383.74 | $3,172.46 | -$211.28 |
| **Total Annual Escrow Payments** | **$4,815.42** | **$4,672.04** | **-$143.38** |
| **Monthly Escrow Payments** | **$401.29** | **$389.34** | **-$11.95** |

**B. Repayment of Escrow Shortage or Surplus** – According to the projections shown in Table 1 on the reverse side, your escrow account will fall below the minimum required balance of $778.67 in April. This means you will have a *shortage* of $825.65 in your escrow account.

| Projected Low Escrow Balance | | Allowed Low Escrow Balance | | Shortage |
|---|---|---|---|---|
| -$46.98 | *minus* | $778.67 | *equals* | ($825.65) |

---

### Please write your loan number on your check and mail this portion with your payment.

**Loan Number:** ███████

**Name:** WILLIAM CURRIER

**Shortage Amount:  $825.65**



**Planet Home Lending**
WE'LL GET YOU HOME

321 Research Parkway, Suite 303
Meriden, CT  06450

### ESCROW SHORTAGE COUPON

The total shortage has been divided over 12 months and $68.80 will automatically be added to your monthly payment beginning June 01, 2026. Your new payment amount including the shortage will be $888.56.

Once your shortage is satisfied, your new monthly payment will be $819.76 as long as a new analysis has not been completed.

**Amount Enclosed $**_____

**Loan Number:** ▮▮▮▮▮▮

**NEW PAYMENT EFFECTIVE DATE: June 01, 2026**

## COMING YEAR ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow shortage or surplus. Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference from a previous estimate in either the date or the amount. The letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown. If you want a further explanation or would like to request another analysis this computation year, please call our toll-free number.

**Unless limited by state law, Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.**

**Please keep this statement for comparison with the actual activity in your escrow account at the end of the escrow accounting computation year.**

### TABLE 1 - ACCOUNT PROJECTIONS

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Required Balance | Projected Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | $1,167.97 | $342.32 |
| June 26 | 389.34 | 0.00 | | 1,557.31 | 731.66 |
| July 26 | 389.34 | 0.00 | | 1,946.65 | 1,121.00 |
| August 26 | 389.34 | 0.00 | | 2,335.99 | 1,510.34 |
| September 26 | 389.34 | 0.00 | | 2,725.33 | 1,899.68 |
| October 26 | 389.34 | 0.00 | | 3,114.67 | 2,289.02 |
| November 26 | 389.34 | 0.00 | | 3,504.01 | 2,678.36 |
| December 26 | 389.34 | 0.00 | | 3,893.35 | 3,067.70 |
| January 27 | 389.34 | 1,499.58 | COUNTY | 2,783.11 | 1,957.46 |
| February 27 | 389.34 | 0.00 | | 3,172.45 | 2,346.80 |
| March 27 | 389.34 | 0.00 | | 3,561.79 | 2,736.14 |
| April 27 | 389.34 | 3,172.46 | HOMEOWNERS | 778.67 | -46.98 ** |
| May 27 | 389.34 | 0.00 | | 1,168.01 | 342.36 |

** Low Balance used to determine escrow overage or shortage.

### TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Payments to Escrow Account Projected | Actual | Payments from Escrow Account Projected | Actual | Description | Escrow Account Balance |
|---|---|---|---|---|---|---|
| | | | | | Beginning Balance | -$1,625.24 |
| July 25 | 401.29 | 603.60 * | 0.00 | 0.00 | | -1,021.64 |
| August 25 | 401.29 | 603.60 * | 0.00 | 0.00 | | -418.04 |
| September 25 | 401.29 | 603.60 * | 0.00 | 0.00 | | 185.56 |
| October 25 | 401.29 | 603.60 * | 0.00 | 0.00 | | 789.16 |
| November 25 | 401.29 | 603.60 * | 0.00 | 0.00 | | 1,392.76 |
| December 25 | 401.29 | 603.60 * | 0.00 | 0.00 | | 1,996.36 |
| January 26 | 401.29 | 603.60 * | 1,431.68 | 1,499.58 * | COUNTY | 1,100.38 |
| February 26 | 401.29 | 603.60 * | 0.00 | 0.00 | | 1,703.98 |
| March 26 | 401.29 | 603.60 * | 0.00 | 0.00 | | 2,307.58 |
| April 26 | 401.29 | 603.60 E | 3,383.74 | 3,172.46 E | HOMEOWNERS | -261.28 |
| May 26 | 401.29 | 603.60 E | 0.00 | 0.00 E | | 342.32 |
| **Totals** | **$4,414.19** | **$6,639.60** | **$4,815.42** | **$4,672.04** | | |

ATTENTION TO ANY DEBTOR IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY: This communication is being sent for compliance and/or informational purposes only, and is not an attempt to collect a debt or impose personal liability on the recipient except as permitted by law. Please be advised that this communication constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof who has received a discharge of such debt in accordance with applicable bankruptcy laws or who is subject to the automatic stay of Section 362 of the US Bankruptcy Code. Planet Home Lending, LLC retains its rights under its security instrument, including the right to foreclose its lien.

**Borrowers who are not in bankruptcy or who have not received a discharge in bankruptcy, please be advised that Planet Home Lending, LLC is a debt collector attempting to collect a debt and any information obtained may be used for that purpose.**