**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: William James Currier, Debtor** **Case No. 22-51290-KMS**
**CHAPTER 13**

# MOTION TO SHORTEN NOTICE TIME ON EMERGENCY MOTION TO INCUR NEW DEBT

COMES NOW, William James Currier, Debtor, by and through counsel, and move this Court to Shorten the Notice Time on the Emergency Motion to Incur Debt New Debt (Dk# 34) and in support thereof, would show the Court as follows:

I.

Debtor's 2021 Dodge Charger was involved in accident on September 19, 2026. Geico has issued funds to the Creditor Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto and the Debtor for the accident

II.

Debtor needs to purchase another vehicle since he has no means of transportation. The Debtor wishes to incur debt to purchase another vehicle.

III.

Debtors request that the 21-day Notice period be shortened to seven (7) days pursuant to Bankruptcy Rule 9006(c) so that an Order on the Emergency Motion to Incur New Debt can be entered as soon as possible.

WHEREFORE, Debtor prays that the Notice Requirement on the Emergency Motion to Incur New Debt be shortened to seven (7) days and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

Vernon Lee Jones

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Shorten Notice Time on Emergency Motion to Incur New Debt was forwarded on October 19, 2026 to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

United States Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.