**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: William James Currier, Debtor** **Case No. 22-51290-KMS**
**CHAPTER 13**

**ORDER SHORTENING NOTICE TIME ON EMERGENCY MOTION TO INCUR NEW DEBT**

THIS CAUSE having come on this date on the Debtor's Motion to Shorten Notice Time on Emergency Motion to Incur New Debt (DK # 35), the Court having reviewed and considered the facts herein does find as follows:

IT IS THEREFORE ORDERED that the 21-day Notice period is shortened to a 7 day wait period.

#END OF ORDER#

AGREED BY:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR