**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: William James Currier, Debtor** **Case No. 22-51290-KMS**
**CHAPTER 13**

# NOTICE

Debtor has filed papers with the court an Emergency Motion to Incur New Debt.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 7 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Emergency Motion.

Date: October 22, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: William James Currier, Debtor** **Case No. 22-51290-KMS**
**CHAPTER 13**

**ORDER SHORTENING NOTICE TIME ON EMERGENCY MOTION TO INCUR NEW DEBT**

THIS CAUSE having come on this date on the Debtor's Motion to Shorten Notice Time on Emergency Motion to Incur New Debt (DK # 35), the Court having reviewed and considered the facts herein does find as follows:

IT IS THEREFORE ORDERED that the 21-day Notice period is shortened to a 7 day wait period.

#END OF ORDER#

AGREED BY:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: William James Currier, Debtor** **Case No. 22-51290-KMS**
**CHAPTER 13**

# EMERGENCY MOTION TO INCUR NEW DEBT

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 11/08/2022.
2. Debtor is paying approximately 100% to General Unsecured Debts through the plan.
3. Debtor's 2021 Dodge Charger (the "Vehicle") was involved in an accident and was determined to be a total loss.
4. Debtor will be surrendering the 2021 Dodge Charger to the creditor.
5. The Debtor is currently without a vehicle and requires reliable transportation for the ordinary necessities of daily life, including transportation to his doctor's appointments and other necessary obligations
6. Debtor wishes to borrow up to $25,000.00 to purchase a vehicle with an interest rate not to exceed 25.00%. Debtor will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

William James Currier

CASE NO: 22-51290

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 10/22/2026, I did cause a copy of the following documents, described below,

Notice and Motion

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/22/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

William James Currier

CASE NO: 22-51290

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/22/2026, a copy of the following documents, described below,

Notice and Motion

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/22/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131

CAPITAL ONE N.A.
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY, OK 73118

CARDWORKS
PO BOX 9201
OLD BETHPAGE, NY 11804

CAVALRY SPV I, LLC AS ASSIGNEE OF
CITIBANK N.A. THE HOME DEPOT
CAVALRY SPV I, LLC
PO BOX 4252
GREENWICH, CT 06831

CITIBANK
701 EAST 60TH ST N
SIOUX FALLS, SD 57104

COMENITYCAPITAL/ACADMY
PO BOX 182120
COLUMBUS, OH 43218

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS, NV 89193

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY, OH 43054-3025

DISCOVER FINANCIAL
PO BOX 30939
SALT LAKE CITY, UT 84130

EMVLP II, LLC
C/O MOSS & BARNETT-SED
150 SOUTH FIFTH STREET, SUITE 1200
MINNEAPOLIS, MN 55402

FINGERHUT
13300 PIONEER TRAIL
EDEN PRAIRIE, MN 55347

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107

FORTIVA
PO BOX 105555
ATLANTA, GA 30348

JC PENNEY/SYNCRONY
250 N SUNFLOWER RD
SUITE 300
BROOKFIELD, WI 53005

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

KEESLER FEDERAL CRED U
2602 PASS RD
BILOXI, MS 39531

KEESLER FEDERAL CREDIT UNION
P O BOX 7001
BILOXI, MS 39534

LVNV FUNDING, LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE, SC 29603-0368

MIDNIGHT VELVET
1112 7TH AVE
MONROE, WI 53566

PLANET HOME LENDING, LLC
321 RESEARCH PARKWAY, SUITE 303
MERIDEN, CT 06450

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
NORFOLK VA 23541

PREMIER BANKCARD, LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-9617

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND, WA 98083-0788

SEVENTH AVE
1112 7TH AVE
MONROE, WI 53566

SPARK LIGHT
12261 US 49
GULFPORT, MS 39503

STATE FARM BANK
PO BOX 2313
BLOOMINGTON, IL 61702

SYNCB/VENMO
PO BOX 965015
ORLANDO, FL 32896

SYNCHRONY BANK
PO BOX 105972
ATLANTA, GA 30348

SYNCHRONY BANK/AMAZON
PO BOX 965015
ORLANDO, FL 32896

SYNCHRONY BANK/SAMS
PO BOX 965005
ORLANDO, FL 32896

TRAC/CBCD/CITICORP
PO BOX 6497
SIOUX FALLS, SD 57117

VILLAGE CAPITAL
2550 PASEO VERDE PKWY
HENDERSON, NV 89074

VILLAGE CAPITAL & INVESTMENT, LLC
2550 PASEO VERDE PARKWAY, SUITE 100
HENDERSON, NV 89074

WEBBANK/ FINGERHUT
6250 RIDGEWOOD ROAD
SAINT CLOUD, MN 56303

WELLS FARGO
PO BOX 71092
CHARLOTTE, NC 28272

WELLS FARGO BANK N.A., D/B/A WELLS FARGO AUTO
P.O. BOX 169005
IRVING, TX 75016