# United States Bankruptcy Court

Southern District of Mississippi (Gulfport-6 Divisional Office)

In re: WILLIAM J CURRIER

Case no: 22-51290

Chapter: 13

Debtor (s)

## Notice of claim satisfaction

As to Claim 6-1 filed on 12/06/2022, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

11/5/2026

/s/Jessica Johnson-Reyes
Bankruptcy Processor
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

# Certificate Of Service

## United States Bankruptcy Court

Southern District of Mississippi (Gulfport-6 Divisional Office)

In re: WILLIAM J CURRIER

Case no: 22-51290

Chapter: 13

Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 11/5/2026, I served a true and correct copy of the above notice of claim satisfaction as follows:

☒ By CM/ECF:
Jessica Johnson-Reyes
Bankruptcy Processor

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

11/5/2026

/s/Jessica Johnson-Reyes
Bankruptcy Processor
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto